UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CASE NO. 6:03-cr-163-Orl-28GJK

PEDRO OSEQUERA MORALES,

    Defendant.
_____/

## ORDER

This case is before the Court on Defendant's Motion to Modify Term of Imprisonment (Doc. No. 108) in which he requests that his sentence be reduced. The Government has filed a response, arguing that Defendant is essentially filing a successive section 2255 motion, which should be dismissed.

"Typically, a petitioner collaterally attacks the validity of his federal sentence by filing a petition under 28 U.S.C. § 2255." *Sawyer v. Holder*, 326 F.3d 1363, 1365 (11th Cir. 2003); *see also Edwards v. United States*, 826 F. Supp. 423, 426 (M.D. Fla. 1993) (finding that "a § 2255 motion is generally the proper means to challenge the imposition or length of the detention."). Consequently, the Court will allow Petitioner an opportunity to explain why this motion should not be treated as petition under section 2255. In the event that he fails to do so, this case will be dismissed without prejudice to the right of Petitioner to move in the appellate court to file a second or successive section 2255 motion.

Accordingly, it is hereby **ORDERED** that, within twenty (20) days from the date of this Order, Petitioner shall file a reply to the Government's response and should include a discussion as why this case should not be treated as a petition under section 2255 and dismissed without prejudice. The failure to comply with this Order will result in the denial of this motion without further notice.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 9 day of November, 2010.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
sa 11/8
Pedro Osequera-Morales
Counsel of Record